IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ROBERT GARLAND | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:15cv921 |
| | § | |
| EXPERIENCE CAR RENTAL, *et al*. | § | |
| | § | |

ORDER ADOPTING REPORT AND
RECOMMENDADTION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case, has been presented for consideration. The Report and Recommendation (ECF 13) recommends that Plaintiff's Motion to Voluntarily Dismiss (ECF 11) be granted and that the complaint be dismissed without prejudice. One day after the filing of the Report and Recommendation, the Court received an Amended Complaint. Endeavoring to clarify Plaintiff's intent, the Court entered an Order on January 8, 2016 directing Plaintiff to either file written objections to the Report and Recommendation, indicating that he wishes to proceed with this lawsuit, or file a written notice that he does not object to the Report and Recommendation or dismissal of the lawsuit without prejudice.

Plaintiff received the Order on January 11, 2016. On January 14, 2016, Plaintiff submitted a letter that states "Plaintiff Motion to Voluntarily Dismiss Amended Complaint Dismiss All Complaint in Above Case" (ECF 16). The Court concludes that Plaintiff does not object to the Report and Recommendation. The findings and conclusions of the Magistrate Judge are therefore adopted. It is hereby

**ORDERED** that Plaintiff's Motion to Voluntarily Dismiss (ECF 11) is **GRANTED**. The complaint is **DISMISSED WITHOUT PREJUDICE**.

All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 26th day of January, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE